PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 24-JAN-2005 FOR: 2003Z00021/004 PAGE: 1 OF 2

DEBTOR: Le, Tuan Minh

COURT NUMBER: 01-206(8) JMR/RLE PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $8,694.38

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | 6B | 09-APR-2004 | GC/H | GEVITY HR INC | | 400 273466 | $1,284.04 | 12-APR-2004 |
| 0009 | PMNT | 6B | 14-APR-2004 | GC/H | GEVITY | | 400 273767 | $40.18 | 14-APR-2004 |
| 0012 | PMNT | 6B | 21-APR-2004 | GC/H | GEVITY | | 400 273850 | $40.41 | 21-APR-2004 |
| 0013 | PMNT | 6B | 29-APR-2004 | GC/H | GEVITY | | 400 273954 | $37.41 | 30-APR-2004 |
| 0014 | PMNT | 6B | 06-MAY-2004 | GC/H | GEVITY | | 400 274072 | $40.41 | 07-MAY-2004 |
| 0015 | PMNT | 6B | 12-MAY-2004 | GC/H | GEVITY | | 400 274237 | $40.41 | 13-MAY-2004 |
| 0016 | PMNT | 6B | 20-MAY-2004 | GC/H | GEVITY | | 400 274405 | $40.41 | 20-MAY-2004 |
| 0017 | PMNT | 6B | 26-MAY-2004 | GC/H | GEVITY PEOPLE 1ST | | 400 274491 | $40.41 | 27-MAY-2004 |
| 0018 | PMNT | 6B | 04-JUN-2004 | GC/H | GEVITY | | 700 431816 | $40.41 | 07-JUN-2004 |
| 0019 | PMNT | 6B | 14-JUN-2004 | GC/H | GEVITY | | 400 274825 | $40.41 | 15-JUN-2004 |
| 0022 | PMNT | 6B | 17-JUN-2004 | GC/H | GEVITY | | 400 274888 | $40.18 | 17-JUN-2004 |
| 0023 | PMNT | 6B | 21-JUN-2004 | GC/H | GEVITY | | 400 274954 | $39.95 | 21-JUN-2004 |
| 0024 | PMNT | 6B | 30-JUN-2004 | GC/H | GEVITY | | 400 275116 | $40.41 | 30-JUN-2004 |
| 0025 | PMNT | 6B | 06-JUL-2004 | GC/H | GEVITY | | 400 275205 | $29.79 | 07-JUL-2004 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0026 | PMNT | 6B | 12-JUL-2004 | GC/H | GEVITY | 400 275285 | $40.41 | 13-JUL-2004 |
| 0028 | PMNT | 6B | 19-JUL-2004 | GC/H | GEVITY | 400 275601 | $40.41 | 20-JUL-2004 |
| 0029 | PMNT | 6B | 26-JUL-2004 | GC/H | GEVITY | 400 275710 | $40.41 | 28-JUL-2004 |
| 0030 | PMNT | 6B | 02-AUG-2004 | GC/H | GEVITY | 400 275842 | $40.18 | 02-AUG-2004 |
| 0031 | PMNT | 6B | 09-AUG-2004 | GC/H | GEVITY | 400 276001 | $36.72 | 10-AUG-2004 |
| 0032 | PMNT | 6B | 20-AUG-2004 | GC/H | GEVITY | 400 276261 | $40.41 | 20-AUG-2004 |
| 0033 | PMNT | 6B | 26-AUG-2004 | GC/H | GEVITY | 400 276335 | $40.41 | 27-AUG-2004 |
| 0034 | PMNT | 6B | 31-AUG-2004 | GC/H | GEVITY | 400 276408 | $40.41 | 01-SEP-2004 |
| 0035 | PMNT | 6B | 07-SEP-2004 | GC/H | GEVITY | 700 432633 | $40.41 | 08-SEP-2004 |
| 0036 | PMNT | 6B | 13-SEP-2004 | GC/H | GEVITY | 400 276605 | $33.02 | 14-SEP-2004 |
| 0037 | PMNT | 6B | 20-SEP-2004 | CL/A | GEVITY | 400 276777 | $40.41 | 21-SEP-2004 |
| 0038 | PMNT | 6B | 27-SEP-2004 | GC/H | GEVITY | 400 276894 | $40.41 | 28-SEP-2004 |
| 0039 | PMNT | 6B | 06-OCT-2004 | GC/H | GEVITY | 400 277047 | $40.41 | 06-OCT-2004 |

Total Payments for Debtor: $2,308.85