PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 24-JAN-2005 FOR: 2003Z00021/003 PAGE: 1 OF 2

DEBTOR: Le, Tuan Minh
COURT NUMBER: 01-206(8) JMR/RLE PRIORITY CODE:
CURRENT LIABILITY BALANCE: $0.00

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0002 | PMNT | 8 | 09-APR-2004 | GC/H | GEVITY HR INC | | 400 273466 | $100.00 | 12-APR-2004 |

Total Payments for Debtor: $100.00