CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Criminal No. 01-206(8) JMR/RLE |
| TUAN MINH LE, Defendant. | ) | |

I hereby certify that on 1/26/05, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Tuan Minh Le
XXX XXXX XXXXXX XXXXX, XXXX XXX
Minneapolis, MN 55411

About Time Machining
Attn: Marge
7269 Commerce Circle West
Fridley, MN 55432

s/ Nancy Lair