UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-206(8) JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TUAN MINH LE,<br><br>Defendant,<br><br>ADMINISTAFF,<br><br>Garnishee. | ) | **FINAL ORDER IN GARNISHMENT** |

The parties stipulated to a 15% garnishment. A copy of the Stipulation for Final Order in Garnishment is on file with the Clerk of Court. Defendant has waived his right to a hearing as to this garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 15% of the debtor's disposable earnings, by sending a check or money order each pay period made payable to the "U.S. Clerk of Court", 202 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, is paid in full; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff each pay period, as they become due and owing.

BY THE COURT:

Dated: March 8, 2005

s/Raymond L. Erickson

Raymond L. Erickson
United States Magistrate Judge