UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 01-206(8) JMR/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TAUN MINH LE,<br>Defendant,<br>ADMINISTAFF,<br>Garnishee. | ) | NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT |

TO: Taun Minh Le, the judgment debtor, and
Administaff, Garnishee.

Pursuant to 28 U.S.C. § 3205(c)(9)(A), you, the judgment debtor and the garnishee, are hereby notified of the annual accounting of the garnishment of defendant, Taun Minh Le.

A Stipulation for Final Order in Garnishment was signed by the garnishee and by the judgment debtor on or about February 25, 2005. Based upon the Stipulation, the garnishee had, in its possession and under its control, personal property belonging to and due the judgment debtor in the form of wages.

The garnishee has withheld 12% of the judgment debtor's disposable earnings each pay period, pursuant to the garnishment order. The payments received by the U.S. Attorney’s Office are reflected on the attached Payment History.

Dated: June 5, 2006

Respectfully submitted,

RACHEL K. PAULOSE
United States Attorney

s/ M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600