PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 31-MAY-2006

FOR: 2003Z00021/004

DEBTOR: Le, Tuan Minh

COURT NUMBER: 01-206(8) JMR/RLE

PRIORITY CODE: 02

CURRENT LIABILITY BALANCE: $7,207.27

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0008 | PMNT | 6B | 09-APR-2004 | GC/H | GEVITY HR INC | | 400 273466 | | $1,284.04 | 12-APR-2004 |
| 0009 | PMNT | 6B | 14-APR-2004 | GC/H | GEVITY | | 400 273767 | | $40.18 | 14-APR-2004 |
| 0012 | PMNT | 6B | 21-APR-2004 | GC/H | GEVITY | | 400 273850 | | $40.41 | 21-APR-2004 |
| 0013 | PMNT | 6B | 29-APR-2004 | GC/H | GEVITY | | 400 273954 | | $37.41 | 30-APR-2004 |
| 0014 | PMNT | 6B | 06-MAY-2004 | GC/H | GEVITY | | 400 274072 | | $40.41 | 07-MAY-2004 |
| 0015 | PMNT | 6B | 12-MAY-2004 | GC/H | GEVITY | | 400 274237 | | $40.41 | 13-MAY-2004 |
| 0016 | PMNT | 6B | 20-MAY-2004 | GC/H | GEVITY | | 400 274405 | | $40.41 | 20-MAY-2004 |
| 0017 | PMNT | 6B | 26-MAY-2004 | GC/H | GEVITY PEOPLE 1ST | | 400 274491 | | $40.41 | 27-MAY-2004 |
| 0018 | PMNT | 6B | 04-JUN-2004 | GC/H | GEVITY | | 700 431816 | | $40.41 | 07-JUN-2004 |
| 0019 | PMNT | 6B | 14-JUN-2004 | GC/H | GEVITY | | 400 274825 | | $40.41 | 15-JUN-2004 |
| 0022 | PMNT | 6B | 17-JUN-2004 | GC/H | GEVITY | | 400 274888 | | $40.18 | 17-JUN-2004 |
| 0023 | PMNT | 6B | 21-JUN-2004 | GC/H | GEVITY | | 400 274954 | | $39.95 | 21-JUN-2004 |
| 0024 | PMNT | 6B | 30-JUN-2004 | GC/H | GEVITY | | 400 275116 | | $40.41 | 30-JUN-2004 |
| 0025 | PMNT | 6B | 06-JUL-2004 | GC/H | GEVITY | | 400 275205 | | $29.79 | 07-JUL-2004 |
| 0026 | PMNT | 6B | 12-JUL-2004 | GC/H | GEVITY | | 400 275285 | | $40.41 | 13-JUL-2004 |
| 0028 | PMNT | 6B | 19-JUL-2004 | GC/H | GEVITY | | 400 275601 | | $40.41 | 20-JUL-2004 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0029 | PMNT | 6B | 26-JUL-2004 | GC/H | GEVITY | 400 275710 | $40.41 | 28-JUL-2004 |
| 0030 | PMNT | 6B | 02-AUG-2004 | GC/H | GEVITY | 400 275842 | $40.18 | 02-AUG-2004 |
| 0031 | PMNT | 6B | 09-AUG-2004 | GC/H | GEVITY | 400 276001 | $36.72 | 10-AUG-2004 |
| 0032 | PMNT | 6B | 20-AUG-2004 | GC/H | GEVITY | 400 276261 | $40.41 | 20-AUG-2004 |
| 0033 | PMNT | 6B | 26-AUG-2004 | GC/H | GEVITY | 400 276335 | $40.41 | 27-AUG-2004 |
| 0034 | PMNT | 6B | 31-AUG-2004 | GC/H | GEVITY | 400 276408 | $40.41 | 01-SEP-2004 |
| 0035 | PMNT | 6B | 07-SEP-2004 | GC/H | GEVITY | 700 432633 | $40.41 | 08-SEP-2004 |
| 0036 | PMNT | 6B | 13-SEP-2004 | GC/H | GEVITY | 400 276605 | $33.02 | 14-SEP-2004 |
| 0037 | PMNT | 6B | 20-SEP-2004 | CL/A | GEVITY | 400 276777 | $40.41 | 21-SEP-2004 |
| 0038 | PMNT | 6B | 27-SEP-2004 | GC/H | GEVITY | 400 276894 | $40.41 | 28-SEP-2004 |
| 0039 | PMNT | 6B | 06-OCT-2004 | GC/H | GEVITY | 400 277047 | $40.41 | 06-OCT-2004 |
| 0040 | PMNT | 6B | 31-MAR-2005 | GC/H | ADMINISTAFF | 400 281434 | $46.03 | 01-APR-2005 |
| 0041 | PMNT | 6B | 04-APR-2005 | GC/H | ADMINISTAFF | 400 281496 | $46.03 | 05-APR-2005 |
| 0042 | PMNT | 6B | 11-APR-2005 | GC/H | ADMINSTAFF | 400 282120 | $46.03 | 14-APR-2005 |
| 0043 | PMNT | 6B | 18-APR-2005 | GC/H | ADMINISTAFF | 400 282729 | $46.03 | 19-APR-2005 |
| 0044 | PMNT | 6B | 25-APR-2005 | GC/H | ADMINSTAFF | 400 282989 | $73.12 | 26-APR-2005 |
| 0045 | PMNT | 6B | 28-APR-2005 | GC/H | ADMINISTAFF | 400 283098 | $49.75 | 29-APR-2005 |
| 0046 | PMNT | 6B | 16-MAY-2005 | GC/H | ADMINSTAFF | 400 283810 | $46.03 | 16-MAY-2005 |
| 0047 | PMNT | 6B | 23-MAY-2005 | GC/H | ADMINISTAFF | 700 435346 | $46.03 | 24-MAY-2005 |
| 0048 | PMNT | 6B | 31-MAY-2005 | GC/H | ADMINISTAFF | 400 284085 | $46.03 | 06-JUN-2005 |
| 0049 | PMNT | 6B | 06-JUN-2005 | CL/A | ADMINISTAFF | 400 284201 | $46.03 | 07-JUN-2005 |
| 0050 | PMNT | 6B | 13-JUN-2005 | GC/H | ADMINISTAFF | 400 284289 | $46.03 | 13-JUN-2005 |
| 0051 | PMNT | 6B | 20-JUN-2005 | GC/H | ADMINISTAFF | 400 284451 | $45.75 | 22-JUN-2005 |
| 0052 | PMNT | 6B | 27-JUN-2005 | CL/A | CLERK | CLERK | $46.03 | 11-JUL-2005 |
| 0055 | PMNT | 6B | 18-JUL-2005 | GC/H | ADMINISTAFF | 285724 | $50.92 | 19-JUL-2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0058 | PMNT | 6B | 14-JUL-2005 | CL/A | TUAN MINH LE | 285549 | $46.03 | 19-JUL-2005 |
| 0060 | PMNT | 6B | 25-JUL-2005 | CL/A | Tuan Le | | $46.03 | 28-JUL-2005 |
| 0061 | PMNT | 6B | 04-AUG-2005 | GC/H | ADMINISTAFF | 286143 | $46.03 | 05-AUG-2005 |
| 0064 | PMNT | 6B | 08-AUG-2005 | CL/A | T. LE | 286219 | $46.03 | 17-AUG-2005 |
| 0065 | PMNT | 6B | 15-AUG-2005 | GC/H | T. LE | 286342 | $46.03 | 17-AUG-2005 |
| 0066 | PMNT | 6B | 22-AUG-2005 | GC/H | T. LE | 286538 | $46.03 | 23-AUG-2005 |
| 0067 | PMNT | 6B | 30-AUG-2005 | GC/H | T. LE | 286681 | $11.54 | 31-AUG-2005 |
| 0068 | PMNT | 6B | 06-SEP-2005 | GC/H | T. LE | 286844 | $11.54 | 07-SEP-2005 |
| 0069 | PMNT | 6B | 19-SEP-2005 | CL/A | Tuan | 287107 | $11.54 | 21-SEP-2005 |
| 0070 | PMNT | 6B | 20-SEP-2005 | CL/A | T. LE | 287147 | $11.54 | 23-SEP-2005 |
| 0072 | PMNT | 6B | 14-JUL-2005 | CL/A | Administaff | 400285550 | $46.03 | 27-SEP-2005 |
| 0075 | PMNT | 6B | 07-OCT-2005 | CL/A | T. LE | 287533 | $11.54 | 12-OCT-2005 |
| 0076 | PMNT | 6B | 07-OCT-2005 | CL/A | T. LE | 287534 | $11.54 | 12-OCT-2005 |
| 0077 | PMNT | 6B | 17-OCT-2005 | GC/H | T. LE | 288044 | $11.54 | 18-OCT-2005 |
| 0078 | PMNT | 6B | 20-OCT-2005 | GC/H | T. LE | 288501 | $11.54 | 25-OCT-2005 |
| 0079 | PMNT | 6B | 24-OCT-2005 | GC/H | T. LE | 288657 | $11.54 | 26-OCT-2005 |
| 0080 | PMNT | 6B | 14-JAN-2005 | CL/A | DIEM NGUYEN BOP | 400 279159 | $35.00 | 02-NOV-2005 |
| 0082 | PMNT | 6B | 07-NOV-2005 | GC/H | T. LE | 438089 | $11.54 | 14-NOV-2005 |
| 0083 | PMNT | 6B | 07-NOV-2005 | GC/H | T. LE | 438097 | $11.54 | 14-NOV-2005 |
| 0084 | PMNT | 6B | 21-NOV-2005 | GC/H | T. LE | 289509 | $11.54 | 22-NOV-2005 |
| 0085 | PMNT | 6B | 21-NOV-2005 | GC/H | T. LE | 289511 | $11.54 | 22-NOV-2005 |
| 0086 | PMNT | 6B | 05-DEC-2005 | CL/A | T. LE | 289966 | $11.54 | 06-DEC-2005 |
| 0087 | PMNT | 6B | 05-DEC-2005 | CL/A | T. LE | 289968 | $11.54 | 06-DEC-2005 |
| 0088 | PMNT | 6B | 12-DEC-2005 | GC/H | T. LE | 290162 | $11.54 | 13-DEC-2005 |
| 0089 | PMNT | 6B | 27-DEC-2005 | GC/H | T. LE | 290325 | $11.54 | 29-DEC-2005 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0090 | PMNT | 6B | 27-DEC-2005 | GC/H | T. LE | 290329 | $11.54 | 29-DEC-2005 |
| 0091 | PMNT | 6B | 10-JAN-2006 | GC/H | T. LE | 290545 | $11.54 | 12-JAN-2006 |
| 0092 | PMNT | 6B | 09-JAN-2006 | GC/H | T. LE | 290529 | $11.54 | 12-JAN-2006 |
| 0094 | PMNT | 6B | 23-JAN-2006 | GC/H | T. LE | 290980 | $11.54 | 24-JAN-2006 |
| 0095 | PMNT | 6B | 30-JAN-2006 | GC/H | T. LE | 291071 | $11.54 | 01-FEB-2006 |
| 0096 | PMNT | 6B | 06-FEB-2006 | CL/A | T. LE | 4-921 | $11.54 | 27-FEB-2006 |
| 0097 | PMNT | 6B | 09-FEB-2006 | CL/A | T. LE | 4-1043 | $11.54 | 27-FEB-2006 |
| 0098 | PMNT | 6B | 13-FEB-2006 | CL/A | T. LE | 4-1152 | $11.54 | 27-FEB-2006 |
| 0099 | PMNT | 6B | 21-FEB-2006 | GC/H | T. LE | 4-1330 | $11.54 | 01-MAR-2006 |
| 0100 | PMNT | 6B | 27-FEB-2006 | GC/H | T. LE | 4-1511 | $11.54 | 07-MAR-2006 |
| 0101 | PMNT | 6B | 13-MAR-2006 | GC/H | T. LE | 4-1912 | $11.54 | 22-MAR-2006 |
| 0102 | PMNT | 6B | 21-MAR-2006 | GC/H | T. LE | 4-2129 | $11.54 | 27-MAR-2006 |
| 0103 | PMNT | 6B | 27-MAR-2006 | CL/A | Tuan | 4641002258 | $11.54 | 03-APR-2006 |
| 0104 | PMNT | 6B | 10-APR-2006 | CL/A | Tuan | 4641002688 | $11.54 | 20-APR-2006 |
| 0105 | PMNT | 6B | 24-APR-2006 | GC/H | ADMINISTAFF | 4-3076 | $11.54 | 03-MAY-2006 |
| 0106 | PMNT | 6B | 24-APR-2006 | GC/H | ADMINISTAFF | 4-3082 | $11.54 | 03-MAY-2006 |
| 0107 | PMNT | 6B | 01-MAY-2006 | CL/A | ADMINISTAFF | 4-3256 | $11.54 | 03-MAY-2006 |
| 0108 | PMNT | 6B | 17-APR-2006 | GC/H | T. LE | 4-2896 | $11.54 | 04-MAY-2006 |
| 0110 | PMNT | 6B | 15-MAY-2006 | GC/H | ADMINSTAFF | 4-3689 | $11.54 | 16-MAY-2006 |
| 0111 | PMNT | 6B | 09-MAR-2006 | GC/H | ADMINISTAFF | 4-1863 | $11.54 | 17-MAY-2006 |
| 0113 | PMNT | 6B | 26-MAY-2006 | GC/H | ADMINISTAFF | 4-4000 | $11.54 | 30-MAY-2006 |
| 0114 | PMNT | 6B | 26-MAY-2006 | GC/H | ADMINISTAFF | 4-4001 | $11.54 | 30-MAY-2006 |

Total Payments for Debtor: $3,795.96