CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
) Criminal No. 01-206(8) JMR/RLE
)
TUAN MINH LE, )
)
Defendant. )

I hereby certify that on 8/10/06, I served, or caused to be served, the following documents:

NOTICE OF FINAL ACCOUNTING OF GARNISHMENT OF DEFENDANT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Administaff
Attn: Payroll Representative
19001 Crescent Springs Drive
Kingwood, TX 77339

Tuan Ming Le
XXXXXXXX
XXXXXXXX
Minneapolis, MN 55411

s/ Nancy Lair